# UNITED STATES DISTRICT COURT
for the
# Northern District of Illinois

| Allen Gerhard | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11 C 0631 |
| D Construction, Inc., Todd Sandeno, and Ken Sandeno | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff _____

☒ other:
Judgment is granted in favor of D Construction, Inc. on Counts I and II. Count III is dismissed with prejudice as to all defendants. Counts IV and V against D Construction, Inc. are dismissed without prejudice. All claims against Todd Sandeno and Ken Sandeno are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon on a motion for summary judgment.

Date: Mar 14, 2012

Michael W. Dobbins, Clerk of Court

/s/ Alberta Rone, Deputy Clerk